# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

|  |  |
|---|---|
| BLAKE LEITCH, SHERI LASH, BETH POLLO, HEIDI PARENT, JIM SODARO, TONI HEAD, CONNIE AMETER, TAIRANCE McGEE, and JACK DEHEVE, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES, COUNCIL 31, AFL-CIO, <br><br> Defendant. | No. 1:19-cv-02921 <br><br> Honorable Judge Jorge L. Alonso |

## PLAINTIFFS' DOCKETING STATEMENT

Plaintiffs, Blake Leitch, Sheri Lash, Beth Pollo, Heidi Parent, Jim Sodaro, Toni Head, Connie Ameter, Tairance McGee, and Jack Deheve hereby submit this docketing statement pursuant to Seventh Circuit Court of Appeals Rule of Appellate Procedure 3(c).

*Jurisdictional Statement*: The United States District Court for the Northern District of Illinois had jurisdiction over this case pursuant to: 28 U.S.C. § 1331, because it arises under the First and Fourteenth Amendments to the United States Constitution; and 28 U.S.C. § 1343, because relief is sought under 42 U.S.C. § 1983.

On March 5, 2020, Plaintiffs-Appellants filed a timely notice of appeal of the District Court's order granting Defendant's motion to dismiss (ECF No. 23), entered February 5, 2020.[1]

---

[1] Although the Record indicates that the order was *filed* January 30, 2020, the Clerk did not *enter* the order until February 5, 2020, which is when Plaintiffs first received it. Fed. R. App. P. 4 requires that the notice of appeal be "filed with the district clerk within 30 days after *entry* of the judgment." (emphasis added).

The United States Court of Appeals for the Seventh Circuit has appellate jurisdiction over this case pursuant to 28 U.S.C. § 1291.

*Prior or Related Appellate Proceedings*: The Seventh Circuit adjudicated an appeal raising a similar issue to this case in *Janus v. AFSCME Council 31*, No. 19-1553.

*Counsel of Record*: Plaintiffs' counsel of record in this matter is Jeffrey M. Schwab.


Respectfully submitted,

/s/ Jeffrey M. Schwab
Jeffrey M. Schwab
James J. McQuaid
Liberty Justice Center
190 South LaSalle Street
Suite 1500
Chicago, Illinois 60603
Phone: 312-263-7668
Fax: 312-263-7668
jschwab@libertyjusticecenter.org
jmcquaid@libertyjusticecenter.org


William Messenger
National Right to Work Legal Defense
Foundation
8001 Braddock Rd., Suite 600
Springfield, VA 22160
Phone: 703-321-8510
Fax: 703-321-9319
wlm@nrtw.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I, Jeffrey M. Schwab, an attorney, certify that I served the foregoing Docketing Statement on all counsel of record by filing it electronically on March 5, 2020. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system. I further certify that as of March 5, 2020, there are no nonregistered participants upon whom service by U.S. Mail is required.

                                                      /s/ Jeffrey Schwab
                                                    Jeffrey M. Schwab